WR-83,492-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/25/2015 11:00:30 AM
Accepted 6/25/2015 1:34:43 PM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
6/25/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NO. WR-83,492-01** |
| | § | |
| **CHRISTOPHER ALLEN DAVIS** | § | |

## <u>APPLICANT'S MOTION TO WITHDRAW</u>
## <u>APPLICATION FOR WRIT OF HABEAS CORPUS</u>

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES**, the Applicant, CHRISTOPHER ALLEN DAVIS, and submits this Motion to Withdraw Application for Writ of Habeas Corpus. Applicant has decided not to pursue this writ application.

Respectfully submitted,

_/s/ Robert N. Udashen_
ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214/468-8100
214/468-8104 fax

Attorney for Applicant

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2015, a true and correct copy of the above and foregoing Applicant's Motion to Withdraw Application for Writ of Habeas Corpus were electronically delivered to the Dallas County District Attorney's Office.

/s/ Robert N. Udashen
ROBERT N. UDASHEN, P.C.